**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT P. HAYES** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:16CV314-LG-RHW** |
| **BRINK'S INCORPORATED, and** <br> **JOHN DOES 1-5** | **DEFENDANTS** |

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 15th day of December, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE